**Order entered August 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00818-CR

**TERRANCE LEE PERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-23680-R**

## ORDER

On July 13, 2016, the Court received appellant's pro se notice of appeal. We **ORDER** the trial court to appoint counsel to represent appellant on this appeal. We further **ORDER** the trial court to send this Court the order appointing new counsel within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; and the Dallas County District Attorney's Office.

/s/     LANA MYERS
        JUSTICE